25, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action to foreclose a mechanic's lien.

*Andrew J. Nellis* for appellant.

*Samuel Foster* and *S. W. Russell, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

HARRY R. ANNESS, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Anness* v. *Rochester Railway Co.*, 129 App. Div. 933, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*W. A. Matson* for appellant.

*George A. Carnahan* and *Elbridge L. Adams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

ELIZABETH M. BURNHAM et al., Respondents, *v.* ARTHUR W. BURNHAM, Appellant.

*Burnham* v. *Burnham*, 132 App. Div. 937, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

11, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to set aside a deed of real property.

*James W. Verbeck* and *Horace E. McKnight* for appellant.

*Charles C. Lester* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ.

---

JOHN J. FALIHEE, Appellant, *v.* JOHN SIMMONS COMPANY, Respondent.

*Falihee* v. *Simmons Company*, 131 App. Div. 898, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Claude V. Pallister* and *Francis C. Reed* for appellant.

*J. Culbert Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

WILLIAM H. BOYER, Respondent, *v.* METROPOLITAN SEWING MACHINE COMPANY, Appellant.

*Boyer* v. *Metropolitan Sewing Machine Co.*, 128 App. Div. 458, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment entered July 31, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming an interlocutory judgment

38